**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSE MARIO LARA LARA, | ) | |
| | ) | |
| Petitioner, | ) | 3:26-cv-01228-CB |
| | ) | |
| v. | ) | Chief Judge Cathy Bissoon |
| | ) | |
| MARKWAYNE MULLIN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM ORDER**

Petitioner is an immigration detainee at the Moshannon Valley Processing Center in

Phillipsburg, Pennsylvania.  His alleged entry date into the United States was 1999.  Petitioner

was placed into immigration detention on or around April 5, 2026.  There is no indication that

Petitioner has any criminal convictions.

Petitioner alleges that he is subject to discretionary detention under 8 U.S.C. § 1226(a),

not mandatory detention under § 1225(b)(2).  Respondents oppose relief, relying on decisions by

the Courts of Appeals for the Fifth and Eighth Circuits.  The Court has considered and rejected

Respondents' interpretation of § 1225(b)(2)(A), instead joining the Courts of Appeals for the

Second, Sixth and Eleventh Circuits in holding that mandatory detention applies only to

noncitizens apprehended upon entry into the country or shortly thereafter.  *See, e.g.,* Tejeda Perez

v. Oddo, No. 3:26-cv-00745 at Doc. 8 (May 28, 2026).

Consistent with the foregoing, the Petition for Writ of Habeas Corpus (Doc. 1)

is **GRANTED**, to the extent that it requests a bond hearing in accordance with 8 U.S.C.

§ 1226(a) and all related provisions of law.  Respondents are **ORDERED** to provide Petitioner

with such a hearing, or release him, on or before **August 21, 2026**.  The petition is **DENIED**

to the extent it requests any additional relief, without prejudice to renewal as appropriate.

IT IS SO ORDERED.


July 22, 2026                                    s/Cathy Bissoon
                                                Cathy Bissoon
                                                Chief United States District Judge


cc (via ECF email notification):

All Counsel of Record

2